**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| JOSEPH ALEXANDER, | : | |
| *Plaintiff*, | : | Case No. 1:26-cv-98 |
| vs. | : | Judge Jeffery P. Hopkins |
| DAWN HILL-KEARSE, *et al.*, | : | |
| *Defendants*. | : | |

---

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

This matter is before the Court on the Report and Recommendation (Doc. 6) issued by Chief Magistrate Judge Stephanie K. Bowman on April 6, 2026. The Magistrate Judge recommends that this action be dismissed with prejudice. No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.

Having carefully reviewed the comprehensive findings and conclusions of the Magistrate Judge and finding no clear error, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. *See* Fed. R. Civ. P. 72 (advisory committee notes from 1983 amendment) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation"); *see e.g., Roane v. Warden of Corr. Reception Ctr.*, No. 2:22-cv-2768, 2022 WL 16535903, at *1 (S.D. Ohio Oct. 28, 2022). Accordingly, the Court **DISMISSES** this case with prejudice.

For the reasons stated in the Report and Recommendation and pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an appeal of this Order would lack an arguable basis in law or in fact and thus would not be taken in good faith. The Court accordingly **DENIES**

Plaintiff leave to appeal in forma pauperis. In accordance with Fed. R. App. P. 24(a)(5), Plaintiff remains free to file a motion for leave to proceed on appeal in forma pauperis in the Sixth Circuit Court of Appeals. *Callihan v. Schneider*, 178 F.3d 800, 803 (6th Cir. 1999).

     **IT IS SO ORDERED.**

May 18, 2026

Jeffery P. Hopkins
United States District Judge

2